# G O D D A R D   L A W   P L L C

39 Broadway, Suite 1540 │ New York, NY 10006

Office. 646.504.8363

Fax. 212.208-2914

Megan@goddardlawnyc.com

WWW.GODDARDLAWNYC.COM

June 8, 2022

**VIA ECF**
Honorable Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

> This request is granted. The Court adjourns the June 13, 2022 conference until June 28, 2022 at 10:30 a.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.  The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 17.
>
> SO ORDERED.
> Date: June 9, 2022
>       New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

Re:   *Michael Shamciyan v. Acacia Network, Inc., et al.*
      **Case No.: 1:22-cv-02122-JPC**

Dear Judge Cronan:

The undersigned represents Plaintiff Michael Shamciyan("Plaintiff") in the above-referenced matter. We write to respectfully request an adjournment of the Initial Pre-Trial Conference scheduled before this Court on June 13, 2022, to a time and date convenient to this Court.

This adjournment is sought due to various employees of the firm being out due to Covid-19 which has affected the firm's schedule and the absence of the attorney assigned to argue the response to Defendants' Pre-Motion Conference letter.

Plaintiff conferred with Counsel for Defendants about this adjournment request and Counsel for Defendants does not object.

This is Plaintiff's first request for an adjournment of the June 13, 2022, Initial Pre-Trial Conference. The parties have conferred and respectfully provide this Court with the following dates in which counsel for the parties are unavailable for the court's convenience in rescheduling the conference: June 14, 2022, June 20, 2022, June 21, 2022, June 22, 2022, and June 23, 2022.

We thank the Court for its time and attention to this matter and its consideration of this request.

Respectfully submitted,

GODDARD LAW PLLC

*/s/ Megan S. Goddard*

Megan S. Goddard, Esq.

cc: All Counsel of Record (via ECF)